1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Schneider National Carriers, Inc. and Schneider National Leasing, Inc.<br><br>            Plaintiffs,<br><br>        vs.<br><br>Donald Keith Hewett d/b/a All In One Auto Repair and Towing,<br>            Defendant. | CASE NO.: 4:23-cv-00354-JST<br><br>Hon. Judge Jon S. Tigar<br><br>**[PROPOSED] ORDER DISMISSING PLAINTIFFS' COMPLAINT** |

The Stipulated Motion to Dismiss Plaintiffs' Complaint filed by Plaintiffs Schneider National Carriers, Inc. and Schneider National Leasing, Inc. (collectively, "Plaintiffs" or "Schneider National") and Defendant Donald Keith Hewett d/b/a All In One Auto Repair and Towing's ("Defendant") came on regularly before this Court following the execution of a Settlement Agreement and Release between the parties, and the Court being otherwise advised in the premises.

IT IS HEREBY ORDERED as follows:

1. All claims in this matter are DISMISSED with prejudice, with the parties to bear their own costs and attorney's fees.
2. All future Court dates are STRICKEN.
3. The Court shall retain jurisdiction over this matter solely for purposes of actions to enforce the terms of settlement.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: January 3, 2024

JON S. TIGAR

UNITED STATES DISTRICT COURT JUDGE